## United States District Court for the Northern District of Illinois

Case Number: `08cv3063`    Assigned/Issued By: `j. n.`

Judge Name: `pallmeyer`    Designated Magistrate Judge: `nolan`

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: `350`    Receipt #: `2809392`

Date Payment Rec'd: `5/28/08`    Fiscal Clerk: `j. n.`

### ISSUANCES

[✓] Summons                               [ ] Alias Summons
[ ] Third Party Summons                   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons          [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons    
[ ] Citation to Discover Assets           (Victim, Against and $ Amount)
[ ] Writ _____
    (Type of Writ)

`3` Original and `0` copies on `5/28/08` as to `all defendants`
                                (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05