IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIELLE WADE, | ) | |
| | ) | No. 08 C 3063 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, Chicago Police | ) | |
| Officers MAHMOUD SHAMAH and | ) | Judge Pallmeyer |
| RICHARD DORONIUK, and other | ) | |
| UNKNOWN POLICE OFFICERS, | ) | Magistrate Judge Nolan |
| Defendants. | ) | |

**DEFENDANT CITY OF CHICAGO'S MOTION
FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant City of Chicago ("the City"), through its attorney Mara S. Georges, Corporation Counsel of the City of Chicago, pursuant to Federal Rule of Civil Procedure 6(b), moves this Court for an extension of time until August 29, 2008, to answer or otherwise plead to plaintiff's complaint. In support of this motion, the City states as follows:

1. Plaintiff filed her complaint on May 28, 2008. The complaint alleges federal claims under 42 U.S.C. § 1983 and state law claims against the City and Chicago police officers.

2. Plaintiff's complaint and summons were received by the City on or about May 30, 2008. Undersigned counsel for the City, however, was assigned to this case and received the complaint on July 21, 2008, several days after the City was due to answer or otherwise plead in response to plaintiff's complaint.

3. Consequently, counsel for the City has not yet begun the process of investigating the allegations in the plaintiff's complaint and gathering and examining the pertinent records.

4. Therefore, the City requests until August 29, 2008, to answer or otherwise plead in response to the complaint.

5. This is the first extension of time the City has sought in this case.

6. This motion is not brought for the purpose of delay or any other improper purpose, but so that the City can properly respond to the allegations in plaintiff's complaint.

7. Plaintiff will not be prejudiced if the requested extension of time is granted.

8. Counsel for the City spoke with plaintiff's counsel, Jeff Granich, on July 24, 2008, and plaintiff does not oppose this motion.

For these reasons, the City requests that the Court grant the City's motion for an extension of time to and including August 29, 2008, to answer or otherwise plead to plaintiff's complaint.

Respectfully submitted,

MARA S. GEORGES
Corporation Counsel of the
City of Chicago

Dated: July 25, 2008    By:    *s/ Bhairav Radia*
Bhairav Radia
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6919