**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DANIELLE WADE, | ) | |
| | ) | No. 08 C 3063 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, Chicago Police | ) | |
| Officers MAHMOUD SHAMAH and | ) | Judge Pallmeyer |
| RICHARD DORONIUK, and other | ) | |
| UNKNOWN POLICE OFFICERS, | ) | Magistrate Judge Nolan |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

TO:   Jeffrey B. Granich
      53 W. Jackson Blvd., Unit 840
      Chicago, IL 60604

Please take notice that on July 25, 2008, I electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Motion For An Extension Of Time To Answer Or Otherwise Plead,** a copy of which was thereby served upon you.

Please take further notice that I will appear before the Honorable Judge Pallmeyer or such other Judge or Magistrate Judge sitting in her stead, on July 30, 2008 at 10:30 a.m., or as soon thereafter as counsel may be heard and then and there present the above-mentioned motion.

I certify that I caused to be served a true copy of this notice and **Defendant City of Chicago's Motion For An Extension Of Time To Answer Or Otherwise Plead** on plaintiff's attorney of record, as identified above, through the United States District Court for the Northern District of Illinois, Eastern Division's electronic case filing system, on July 25, 2008.


City of Chicago Department of Law        */s/ Bhairav Radia*
30 N. LaSalle Street, Suite 1020         Bhairav Radia
Chicago, IL 60602                        Assistant Corporation Counsel
(312) 744-6919